[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14789
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 7, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:11-cr-00007-KD-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICENTE MALDONADO-ASCENCIO,
a.k.a Edwin Maldonado-Poso,
a.k.a. Felix Poso,
a.k.a Jose Molina,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(May 7, 2012)

Before BARKETT, PRYOR and HILL, Circuit Judges

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Vicente

Maldonado-Ascencio in this direct criminal appeal, has moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Maldonado's conviction and sentence are **AFFIRMED**.